■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD ROZMAN, Appellant. [696 NYS2d 685] —Appeal by the defendant from an amended judgment of the County Court, Orange County (Berry, J.), rendered May 28, 1997, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated conditions thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of burglary in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). S. Miller, J. P., Sullivan, Friedmann and Feuerstein, JJ., concur.